# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**XIAO LING,**
Appellant,

v.

**KLEIN LAW GROUP, P.A.,** a Florida Corporation,
Appellee.

No. 4D2023-2153

[January 18, 2024]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Danielle Sherriff, Judge; L.T. Case No. 50-2022-CC-015219-XXXX-MB.

Xiao Ling, Boynton Beach, pro se.

Jason L. Cohen of The Law Offices of Richard S. Cohen, LLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KUNTZ and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***